IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HARI RAM YADAV, et al. | * |
| Plaintiffs, | * |
| v. | *   Civil No. 22-cv-00420-LKG |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al. | * |
| Defendants. | * |

\* \* \* \* \*

## CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants, the United States Citizenship and Immigration Services and USCIS Director Ur Jaddou ("Defendants"), by Erek L. Barron, United States Attorney for the District of Maryland, and Matthew T. Shea, Assistant United States Attorney for that district, move for the Court to grant summary judgment in Defendants' favor on all claims pursuant to FED.R.CIV.P.56(a). Defendants' arguments in support of this motion are fully set for in the attached Memorandum of Law.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Matthew T. Shea (Bar No. 19443)
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
(410) 209-4800
Matthew.Shea2@usdoj.gov
*Counsel for Defendants*